IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>LAURENCE C. CREUTZ, )<br>)<br>    Debtor, )<br>) | Bankr. Case No. 17-11933-MSH<br><br>Chapter 13 |
| )<br>LAURENCE C. CREUTZ, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>U.S. BANK NATIONAL ASSOCIATION, )<br>AS TRUSTEE ON BEHALF OF THE HOLDERS )<br>OF THE ASSET BACKED SECURITIES )<br>CORPORATION HOME EQUITY LOAN )<br>TRUST, SERIES AMQ 2006-HE7 ASSET )<br>BACKED PASS-THROUGH CERTIFICATES, )<br>SERIES AMQ 2006-HE7, )<br>)<br>    And )<br>)<br>SELECT PORTFOLIO SERVICES, )<br>)<br>    Defendants. )<br>) | A. P. No.  17-01110 |

**ANSWER OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
TO ADVERSARY COMPLAINT**

Defendant U.S. Bank National Association, as Trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 (the "Trustee"), hereby answers the Adversary Complaint of Plaintiff Laurence C. Creutz ("Plaintiff") as follows.

## INTRODUCTION

1.-3.    The Introduction and introductory paragraphs state legal conclusions for which no answers are required. To the extent answers are required, the Trustee admits that it is the current holder of the note and the mortgage securing the note, by assignment, executed by Plaintiff. The Trustee denies the remainder of the allegations.

## I.  PARTIES

4.    The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

5.    The Trustee admits that it is a corporation with a principal place of business located in Minneapolis, Minnesota.

6.    Admitted.

## II.  JURISDICTION AND VENUE

7.    The allegations state legal conclusions for which no answers are required.

8.    The allegations state legal conclusions for which no answers are required.

9.    The allegations state legal conclusions for which no answers are required.

## III.  STATEMENT OF FACTS

10.    The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

11.    The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

12.    The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

13.

14. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

15. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

16. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

17. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

18. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

19. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

20. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

21. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

22. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

23. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

24. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

25. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

26. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

27. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

28. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

29. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

30. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

31. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

32. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

33. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

34. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

35. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

36. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

37. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

38. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

39. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

40. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

41. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

42. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

43. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

44. The allegation purports to pertain to the endorsed note, which speaks for itself. The Trustee lacks sufficient knowledge to admit or deny the remainder of the allegations, and calls upon Plaintiff to prove the same at trial.

45. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

46. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

47. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

48. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

49. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

50. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

51. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

52. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

53. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

54. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

55. The allegation purports to pertain to a document, which speaks for itself.

56. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

57. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

58. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

59. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

60. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

61. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

62. The allegation purports to pertain to a document, which speaks for itself.

63. The allegation purports to pertain to a document, which speaks for itself.

64. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

65. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

66. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

67. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

68. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

69. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

70. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

71. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

72. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

73. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

74. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

75. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

76. Admitted.

77. Admitted in that SPS received written communications from Plaintiff dating back to 2008, which speak for themselves.

78. Admitted that SPS was a participant in HAMP. The Trustee lacks sufficient knowledge to admit or deny the remainder of the allegations, and calls upon Plaintiff to prove the same at trial.

79. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

80. Admitted.

81. Admitted that SPS granted an approved loan modification agreement with Plaintiff, which speaks for itself. The Trustee lacks sufficient knowledge to admit or deny the remainder of the allegations, and calls upon Plaintiff to prove the same at trial.

82. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

83. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

84. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

85. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

86. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

87. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

88. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

89. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

90. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

91. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

92. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

93. Admitted that SPS is the duly-authorized loan servicer and attorney-in-fact for the Trustee, which is the holder of the note.

94. Denied.

95. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

96. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

97. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

98. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

99. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

100. The Trustee lacks sufficient knowledge to admit or deny the allegations, and calls upon Plaintiff to prove the same at trial.

## IV. CLAIMS

### COUNT I – OBJECTION TO U.S. BANK'S ANTICIPATED PROOF OF CLAIM

101. The Trustee repeats and incorporates by reference the responses to all preceding paragraphs as if fully set forth herein.

102. The allegations state legal conclusions for which no answers are required. To the extent answers are required, the Trustee denies the allegations.

103. The allegations state legal conclusions for which no answers are required. To the extent answers are required, the Trustee denies the allegations.

104. The allegations state requests for legal relief and remedies, for which no answers are required. To the extent answers are required, the Trustee denies that Plaintiff is entitled to any relief requested.

## COUNT II – NEGLIGENT UNDERWRITING AND/OR UNDERWRITING IN RECKLESS DISREGARD OF MR. CREUTZ'S ABILITY TO PAY

105. Trustee repeats and incorporates by reference the responses to all preceding paragraphs as if fully set forth herein.

106 – 118.  Count II has been dismissed and no answers are required.

## COUNT III: FRAUD

119. Trustee repeats and incorporates by reference the responses to all preceding paragraphs as if fully set forth herein.

120 – 128.  Count III has been dismissed, and no answers are required.

## COUNT IV – CIVIL CONSPIRACY

129. Trustee repeats and incorporates by reference the responses to all preceding paragraphs as if fully set forth herein.

130 – 134.  Count IV has been dismissed and no answers are required.

## COUNT V – UNFAIR OR DECEPTIVE ACTS IN VIOLATION OF THE MASSACHUSETTS CONSUMER PROTECTION ACT, G.L. c 93A

135. Trustee repeats and incorporates by reference the responses to all preceding paragraphs as if fully set forth herein.

136 – 141.  Count V has been dismissed, and no answers are required.

## DAMAGES

142. Denied.

## AFFIRMATIVE DEFENSES

### FIRST

Plaintiff failed to sustain any loss or damage caused by the Trustee.

### SECOND

To the extent Plaintiff sustained any loss or damage, such loss or damage was caused by a third-party not within the control of the Trustee.

### THIRD

To the extent Plaintiff sustained any loss or damage, such loss or damage was caused by Plaintiff's own acts or omissions

### FOURTH

The Trustee is not liable for the alleged acts or omissions at origination of the mortgage loan, including any alleged unfair or deceptive acts or practices in violation of c. 93A.

### FIFTH

Plaintiff's claims are barred by waiver or estoppel.

### SIXTH

Plaintiff's claims are barred by the applicable statutes of limitations.

### SEVENTH

Plaintiff's claims are barred by laches.

### EIGHTH

Plaintiff's claims are barred by unclean hands.

### NINTH

Plaintiff's claims are barred by the prior loan modification agreement.

## TENTH

Plaintiff's claims are barred by Plaintiff's material breaches, to include breach of and default under the mortgage loan and the loan modification agreement.

## ELEVENTH

Plaintiff's claims are barred by accord and satisfaction.

## TWELFTH

Trustee reserves the right to supplement or amend its Affirmative Defenses.

## **REQUEST FOR RELIEF**

For the foregoing reasons, Defendant U.S. Trust National Association, as Trustee, respectfully requests this Honorable Court to:

1. Dismiss the remaining Count of the First Amended Complaint with prejudice;

2. Enter judgment in its favor against Plaintiff;

3. Grant attorney's fees and costs incurred in defending this action; and,

4. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**U.S. BANK N.A, AS TRUSTEE,**

By its attorneys,

/s/ Peter F. Carr, II
Peter F. Carr, II (BBO #600069)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, Massachusetts  02110
Telephone:  617.342.6800
Facsimile:   617.342.6899
E-Mail:  PCarr@eckertseamans.com

Dated:  June 22, 2018

## **CERTIFICATE OF SERVICE**

    I, Peter F. Carr, II, Esquire, certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  June 22, 2018        /s/ Peter F. Carr, II
                                      Peter F. Carr, II